SAM POMERANTZ, as Assignee of A. S. KREIDER SHOE Co., and Others, Respondents, v. LOUIS M. TAYLOR, Individually and as Trustee, etc., Appellant.— In an action to recover moneys in the hands of the defendant as trustee, the defendant interposed an answer containing an affirmative defense setting up the fact that he retained the moneys for compensation for his services as was his custom in these matters. The agreement was in writing and not ambiguous. Hence, custom may not be shown. The affirmative defense was, therefore, properly struck out. Order affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN CLARK, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting the defendant of the crime of bookmaking in violation of section 986 of the Penal Law, reversed on the law, information dismissed, and defendant discharged from custody. The information charges the defendant with having committed the offense at various race tracks in the borough and county of Queens, whereas the proof tended to show that the acts alleged in the information took place, not at a race track, but at Thirty-second street and Ditmars avenue, Queens county. The variance between the information and the proof is fatal. Hagarty, Johnston and Adel, JJ., concur; Lazansky, P. J., and Young, J., dissent and vote to affirm upon the ground that the proof showed that the defendant was guilty of bookmaking outside of a race track. No motion was made with reference to the variance, which was immaterial.